IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ANTHONY GOSHA, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:20-CV-372-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This civil action was opened on June 1, 2020, based upon Petitioner William
Anthony Gosha, III's *pro se* motion for an extension of time to file a motion under
28 U.S.C. § 2255. In an Order entered on June 4, 2020, the court explained to Mr.
Gosha that it did not have the authority to grant him an extension of time to file a
§ 2255 motion prior to his filing of an actual § 2255 motion. (Doc. # 4, at 1.) As
further set out in the Order, the court found that it was not appropriate to construe
Mr. Gosha's extension request as an actual § 2255 motion. (Doc. # 4, at 2.) Mr.
Gosha was forewarned that, if he wanted to seek relief under § 2255, he needed to
file a substantive § 2255 motion within § 2255(f)'s one-year deadline "to preserve
any remedies he may have under § 2255." (Doc. # 4, at 2.) The one-year deadline
now has passed without Mr. Gosha's having filed a substantive § 2255 motion.

Accordingly, it is ORDERED that this action is DISMISSED.  Final judgment will be entered separately.

DONE this 30th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE